FILED

03/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 15-0427

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA-15-0427

| | |
|---|---|
| **RICHARDS DEVELOPMENT COMPANY**, **JOHN RICHARDS CONSTRUCTION COMPANY** and **SEELEY LAKE READY MIX COMPANY**,<br><br>Petitioners and<br><br>Appellants,<br><br>-v-<br><br>**STATE OF MONTANA, DEPARTMENT OF TRANSPORTATION**,<br><br>Respondent and Appellee. | **ORDER DISMISSING APPEAL** |

This matter having come before the Court on the *Joint Stipulated Motion to Dismiss Appeal*, Richards Development Company, et. al. (hereafter "Richards") and the State of Montana, Department of Transportation, and it appearing to the Court that GOOD CAUSE EXISTS to Grant said motion, therefore:

IT IS HEREBY ORDERED the Motion is GRANTED and the above-entitled matter is hereby DISMISSED with prejudice, each party shall bear their own costs.

SO ORDERED this _____ day of _____, 2021.


By: _____



C:    Thomas C. Orr
      Valerie D. Wilson

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 5 2021